PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AARON LATTNER, | ) | |
| | ) | CASE NO.  4:20CV2726 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC OF TENNESSEE, LLC, | ) | |
| | ) | **SHOW CAUSE ORDER** |
| Defendant. | ) | |

In its notice of removal, Defendant asserts: "This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because complete diversity exists between the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs."  ECF No. 1 at PageID #: 2.   While the parties agree that Plaintiff is a citizen of the state of Ohio, there is a dispute between the parties as to whether Defendant is a citizen of Tennessee only, or a citizen of both Tennessee and Ohio.  *Compare id. with* ECF No. 1-1 at PageID #: 8.

On or before February 12, 2021 at 10:00 a.m., Defendant shall file a notice on the docket containing documentary support for its position that its principle place of business is in Tennessee.

IT IS SO ORDERED.

 February 11, 2021 _____  _____*/s/ Benita Y. Pearson*_____
Date                                                Benita Y. Pearson
                                                    United States District Judge