Approved.
/s/ *Benita Y. Pearson* on 5/4/2021
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AARON LATTNER ) | Case No. 4:20-CV-02726-BYP |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE: BENITA Y. PEARSON |
| v. ) | |
| ) | |
| CORECIVIC OF TENNESSEE, LLC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 3rd day of May 2021.

*/s/ Andrew D. Pappert.*

Andrew D. Pappert (0093964)
The Spitz Law Firm, LLC
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
drew.pappert@spitzlawfirm.com

*Counsel for Plaintiff*

*/s/ Shannon K. Patton*

Shannon K. Patton (0069407)
Brian P. FitzGerald (0098265)
Littler Mendelson P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, OH 44114-9612
Telephone: (216) 696-7600
Facsimile: (216) 696-2038
spatton@littler.com
bpfitzgerald@littler.com

*Counsels for Defendant*